United States District Court
Southern District of Texas
**ENTERED**
April 12, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WCW HOUSTON PROPERTIES, LLC, | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No. 4:20-cv-01561 |
| TEXAS REIT, LLC, DALIO HOLDINGS I, LLC and DALIO HOLDINGS II, LLC, | § § § § § | |
| *Defendants.* | § § | |

## ORDER REMANDING CASE

The court, having considered the Second Motion to Remand filed by Plaintiff WCW Houston Properties, LLC (the "Motion"), any response, and the arguments of counsel, finds that the Motion should be granted. Accordingly, it is ORDERED that the Motion is GRANTED.

It is further ORDERED that this case is hereby remanded to the 151 District Court of Harris County, Texas.

It is further ORDERED that Dalio Holdings I, LLC ("Dalio") shall pay WCW Houston Properties, LLC ("WCW") its attorneys' fees incurred in obtaining this Order in the amount of $ 1500.00. Dalio shall pay this amount to WCW's counsel within ten (10) days of the execution of this Order.

Signed: April 9, 2021.

Vanessa D. Gilmore
United States District Judge